IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD ANTHONY JOHNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

17-cv-929-jdp

MERI LARSON,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                     3/19/2018

Peter Oppeneer, Clerk of Court                Date